## SPANGLER v. CAMPBELL et al.

Court of Appeals of Kentucky.

May 21, 1954.

C. W. Napier, C. W. Napier Jr., Hazard, for appellant.

Stephen Combs, Jr., Whitesburg, for appellees.

DUNCAN, Justice.

Appellees' motion to strike the bill of exceptions was sustained by this Court on September 30, 1953, and appellant's motion to set aside the order to strike the bill of exceptions was overruled on November 9, 1953. Therefore, the evidence heard in the trial of this action cannot be considered on the appeal.

The only question remaining for our consideration is whether the pleadings are sufficient to support the judgment. Asher v. Nuckols, 253 Ky. 223, 69 S.W.2d 331; Feltner v. Smith, 283 Ky. 783, 143 S.W.2d 505; Montgomery v. Land, 313 Ky. 374, 231 S.W.2d 86.

We have examined the pleadings and it is apparent that they support the judgment.

The judgment is affirmed.